PD-1514-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/22/2015 2:16:50 PM
Accepted 1/28/2015 10:38:56 AM
ABEL ACOSTA
CLERK

**Cause No. PD-1514-14**

---

Court of Criminal Appeals of Texas

---

**Ronnie Leon Dabney,**

Appellant

FILED IN
COURT OF CRIMINAL APPEALS

January 28, 2015

ABEL ACOSTA, CLERK

v.

**State of Texas,**

Appellee

---

On Petition for Discretionary Review from the
Court of Appeals, Second District of Texas
No. 02-12-00530-CR

---

**State's Motion for Leave to File Supplemental Petition for
Discretionary Review**

---

**Maureen Shelton**
Criminal District Attorney
Wichita County, Texas
State Bar No. 24076904
Maureen.Shelton@co.wichita.tx.us

**John Gillespie**
First Asst. Criminal District Attorney
Wichita County, Texas
State Bar No. 24083252
John Gillespie@co.wichita.tx.us

900 Seventh Street
Wichita Falls, Texas 76301
(940) 766-8113 phone
(940) 716-8530 fax

To the Honorable Justices of this Court:

Appellee, State of Texas, requests leave of this court to file a supplemental petition for discretionary review.

Recent appellant activity regarding the opinion of *Dabney v. State*, No. 02-12-00530-CR in the Second Court of Appeals necessitates that the State supplement its brief to bring this activity to the court's attention.

Wherefore, the State of Texas prays this Court to allow the State to supplement its petition in accordance with Tex. R. App. P. 68.10.

Respectfully submitted,

/s/Maureen Shelton

**Maureen Shelton**
Criminal District Attorney
Wichita County, Texas
State Bar No. 00786852
Maureen.Shelton@co.wichita.tx.us

/s/John Gillespie

**John Gillespie**
First Asst. Criminal District Attorney
Wichita County, Texas
State Bar No. 24010053
John.Gillespie@co.wichita.tx.us

900 Seventh Street
Wichita Falls, Texas 76301
(940) 766-8113 phone
(940) 766-8177 fax

Attorneys for Appellee
State of Texas

## Certificate of Compliance

I certify that this document contains 81 words.  The body text is in 14 point font, and the footnote text is in 12 point font.

/s/John Gillespie
**John Gillespie**

## Certificate of Service

I do certify that on January 22, 2015, a true and correct copy of the above document has been electronically forwarded to Mark Barber, counsel for Ronnie Leon Dabney on appeal, via electronic service to mbarberlaw@aol.com, and to the State Prosecuting Attorney, Lisa McMinn, at information@spa.texas.gov.

/s/John Gillespie
**John Gillespie**

## Certificate of Conference

I do certify that on January 22, 2015, I attempted to confer with Mark Barber via phone, but he was not available.

/s/John Gillespie
**John Gillespie**